DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WRENL BURGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00266 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| WRENL BURGE, | Date: January 28, 2011 |
| Defendant. | Time: 8:15 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE L. THIELHORN, Assistant United States Attorney, counsel for plaintiff, ROGER NUTTALL, Attorney for defendant, ALBERT LEWIS ELLIS, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, WRENL BURGE, that the date for status conference in this matter may be continued to January 28, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 7, 2011. The requested new date is January 28, 2011.**

The parties request this continuance in order to gather and review additional financial documents and other discovery so as to accurately assess the loss and restitution amounts, in anticipation of a plea agreement.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 27, 2010     By   /s/ Michele L. Thielhorn
MICHELE L. THIELHORN
Assistant United States Attorney
Attorney for Plaintiff

NUTTALL & COLEMAN
Attorneys at Law

DATED: December 27, 2010     By   /s/ Roger Nuttall
ROGER NUTTALL
Attorney for Defendant
ALBERT LEWIS ELLIS

DANIEL J. BRODERICK
Federal Defender

DATED: December 27, 2010     By   /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
WRENL BURGE

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  Counsel are directed to meet and confer in selecting a jury trial date on January 28, 2011 at 8:15am.

DATED: December 28, 2010

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill, Judge
United States District Court