(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ALBERT LEWIS ELLIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00266 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER **DENYING CONTINUANCE** |
| vs. | |
| ALBERT LEWIS ELLIS, | Date: July 8, 2011 Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently scheduled for Friday, May 6, 2011, **may be continued to Friday, July 8, 2011, at 8:30 a.m.**

This continuance is requested because defense counsel has a  conflict and will not be available on the date currently set. Assistant United States Attorney, Michele L. Thielhorn, does not oppose this request.  The requested continuance will provide for continuity of counsel and will conserve time and resources for both counsel and the Court.

///

///

///

///

///

Further, the parties agree that the informal objections may be filed on or before **June 3, 2011**; formal objections may be filed on or before **June 27, 2011**.

DATED: April 20, 2011.

                                        NUTTALL COLEMAN & WILSON

                                        By:  /s/ Roger T. Nuttall
                                                 ROGER T. NUTTALL
                                                 Attorneys for Defendant
                                                 ALBERT LEWIS ELLIS

DATED: April 20, 2011.       BENJAMIN B. WAGNER
                                       United States Attorney

                                        By: /s/ Michele L. Thielhorn
                                             MICHELE L. THIELHORN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

```
                              ORDER
The stipulation requests more than a 60-day continuance for no
reason other than defense counsel's having a conflict with the
date currently set.  Defense Counsel was present when the date
was selected, and agreed to the date. Good cause has not been
provided.  Continuance denied.
```

 IT IS SO ORDERED.

**Dated:   April 22, 2011**                                 /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE